# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 25-5388** | **September Term, 2025** |
| | 1:24-cv-01042-BAH |
| | Filed On: March 12, 2026 [2163199] |

Butler Amusements, Inc.,

    Appellant

    v.

United States Department of Labor and Lori
Chavez-DeRemer, in her official capacity as
United States Secretary of Labor,

    Appellees

## O R D E R

By order filed January 27, 2026, appellant was ordered to show cause by February 26, 2026, why this case should not be dismissed for lack of prosecution. Counsel for appellant, R. Wayne Pierce, was also ordered to submit his attorney admission application by December 1, 2025. To date, no response has been received and no application has been filed. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by April 27, 2026.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                Emily K. Campbell
                Deputy Clerk